1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  PAUL C. WILLIAMS
   Nevada Bar No. 12524
3  **BAILEY✧KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
5  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  DONNA M. CONNOLLY
   New Mexico Bar No. NM 9202
8  **ROTHSTEIN DONATELLI LLP**
   1215 Paseo de Peralta
9  Santa Fe, New Mexico 87501
   Telephone:  505.988.8004
10 Facsimile:  505.982.0307
   DConnolly@RothsteinLaw.com

11

12 *Attorneys for Defendants Ahmad Razaghi;*
   *Razaghi Development Company, LLC; and*
13 *Razaghi Healthcare, LLC (Arizona)*

14           UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
15

16 KORY RAZAGHI,                          Case No.  2:18-cv-01622-GMN-CWH

17                  Plaintiff,            **DEFENDANT RAZAGHI HEALTHCARE,**
                                          **LLC (ARIZONA)'S UNOPPOSED MOTION**
18       vs.                              **TO EXTEND ITS DEADLINE TO RESPOND**
                                          **TO THE FIRST AMENDED COMPLAINT**
19 AHMAD RAZAGHI; MANUEL MORGAN;
   MORGAN & RAZAGHI HEALTHCARE,           **(First Request)**
20 LLC; RAZAGHI HEALTHCARE, LLC;
   RAZAGHI DEVELOPMENT COMPANY,
21 LLC; and DOES I through X, ROE
   CORPORATIONS I through X, inclusive,
22
                   Defendants.
23

24        Pursuant to LR IA 6-1, Defendant Razaghi Healthcare, LLC (Arizona) ("RH Arizona")

25 hereby respectfully requests (the "Unopposed Motion") an additional seven (7) days to file a

26 response to the First Amended Complaint (ECF No. 12).  This is RH Arizona's first request for an

27 extension to respond to the First Amended Complaint.

28

BAILEY✧KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

This Unopposed Motion is made and based on papers and pleadings on file, the following Memorandum of Points and Authorities, and any oral argument as may be heard by the Court

DATED this 19th day of October, 2018.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
DENNIS L. KENNEDY
PAUL C. WILLIAMS

ROTHSTEIN DONATELLI LLP
DONNA M. CONNOLLY
*Attorneys for Defendants Ahmad Razaghi;*
*Razaghi Development Company, LLC; and*
*Razaghi Healthcare, LLC (Arizona)*

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 10, 2018, Plaintiff Kory Razaghi ("Kory") filed a Certificate of Service containing his First Amended Complaint, which he filed in the Eighth Judicial District Court of the State of Nevada on August 28, 2018—the same day on which Defendant Razaghi Development Company, LLC ("RDC") removed this action to this Court. (*Compare* ECF No. 12, Certificate of Service *with* ECF No. 1, Notice of Removal.) Kory served RH Arizona with a copy of the First Amended Complaint and Summons on September 28, 2018. (ECF No. 31.) Accordingly, RH Arizona's response to the First Amended Complaint is currently due on October 19, 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1       Pursuant to LR IA 6-1, RH Arizona respectfully requests that its deadline to respond to the

2    First Amended Complaint be extended by seven (7) days—from October 19, 2018 to October 26,

3    2018.  The purpose of the extension is to accommodate the counsel of RH Arizona.  Counsel for

4    Kory has indicated that he is not opposed to the extension.

5       DATED this 19th day of October, 2018.

6                    BAILEY❖KENNEDY

7                    By: /s/ Paul C. Williams

8                        DENNIS L. KENNEDY
                          PAUL C. WILLIAMS

9                    ROTHSTEIN DONATELLI LLP
                          DONNA M. CONNOLLY

10                   *Attorneys for Defendants Ahmad Razaghi;*

11                   *Razaghi Development Company, LLC; and*
                   *Razaghi Healthcare, LLC (Arizona)*

12

13                     **ORDER**

14    IT IS SO ORDERED:

15       The deadline for RH Arizona to file its response to the First Amended Complaint (ECF No.

16    12) is hereby extended from October 19, 2018, to October 26, 2018.

17

18                    _____

19                    UNITED STATES MAGISTRATE JUDGE

20                    October 22, 2018
                    Dated:_____

21    Respectfully Submitted by:

22    BAILEY❖KENNEDY

23    By: /s/ Paul C. Williams

24       DENNIS L. KENNEDY
        PAUL C. WILLIAMS

25    ROTHSTEIN DONATELLI LLP
       DONNA M. CONNOLLY

26    *Attorneys for Defendants Ahmad Razaghi;*
    *Razaghi Development Company, LLC; and*

27    *Razaghi Healthcare, LLC (Arizona)*

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 19th day of October, 2018, service of the foregoing Defendant Razaghi Healthcare, LLC (Arizona)'s Unopposed Motion to Extend its Deadline to Respond to the First Amended Complaint (First Request) was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

PHILLIP S. AURBACH, ESQ.                     Email:  paurbach@maclaw.com
JONATHAN B. LEE, ESQ.                                    jlee@maclaw.com
**MARQUIS AURBACH COFFING**
10001 Park Run Drive                          *Attorneys for Plaintiff*
Las Vegas,  NV 89145                          KORY RAZAGHI


                                     _/s/ Sharon Murnane_____
                                     Employee of BAILEY❖KENNEDY