**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
jbl@maclaw.com
   Attorneys for Plaintiff Kory Razaghi

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI,<br><br>               Plaintiff,<br><br>vs.<br><br>AHMAD RAZAGHI; MANUEL MORGAN; MORGAN & RAZAGHI HEALTHCARE, LLC; RAZAGHI HEALTHCARE, LLC; RAZAGHI DEVELOPMENT COMPANY, LLC; and DOES I through X, ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | Case Number:<br>2:18-cv-01622-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY THE BRIEFING SCHEDULING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES RELATED TO DEFENDANTS' EMERGENCY MOTION FOR PROTECTIVE ORDER (ECF NO. 87)**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff Kory Razaghi, through his attorney of record, Marquis Aurbach Coffing; and Defendants, Ahmad Razaghi, Razaghi Healthcare, LLC (NV), Razaghi Healthcare, LLC (AZ), and Razaghi Development Company, LLC, through their attorneys of record, Rothstein Donatelli (Pro Hac Vice) and Bailey Kennedy that the briefing schedule currently set for Defendants' Motion for Attorney Fees Related to Defendants' Emergency Motion for Protective Order (ECF No. 87) is stayed until the Court issues a ruling on Plaintiff's Motion to Alter or Amend or Reconsider Magistrate Judge's Protective Order (ECF No. 83) and Plaintiff's Objection to Magistrate Judge's Order ECF No. 81 (ECF No. 86). Pursuant to LR IA 6-1, Defendants' Motion for Attorney Fees Related to Defendants' Emergency Motion for Protective Order (ECF No. 87)

MAC:13437-006 3681084_1 3/14/2019 11:57 AM

was filed on March 8, 2019 and the deadline for Plaintiff to file his response to this motion is currently set for Friday, March 22, 2019. The parties have agreed to this extension/stay to ensure that time and resources are not wasted submitting responses and replies to Defendants' motion considering Defendants will likely supplement their Motion for Attorney Fees (ECF No. 37) if Plaintiff's Motion to Alter or Amend or Reconsider Magistrate Judge's Protective Order (ECF No. 83) and Plaintiff's Objection to Magistrate Judge's Order ECF No. 81 (ECF No. 86) are rejected by the Court; and from the Plaintiff's perspective, a response to Defendants' Motion for Attorneys Fees (ECF No. 87) may not be necessary if the Court reverses the Magistrate's order granting Defendants' Emergency Motion for Protective Order.

IT IS FURTHER STIPULATED by the parties that Defendants shall have 14 days after the Court issues a ruling on Plaintiff's Motion to Alter or Amend or Reconsider Magistrate Judge's Protective Order (ECF No. 83) **and** Plaintiff's Objection to Magistrate Judge's Order ECF No. 81 (ECF No. 86) to supplement their motion for fees, **if appropriate**.

IT IS FURTHER STIPULATED by the parties that Plaintiff shall have 14 days after the Court issues a ruling on Plaintiff's Motion to Alter or Amend or Reconsider Magistrate Judge's Protective Order (ECF No. 83) **and** Plaintiff's Objection to Magistrate Judge's Order ECF No. 81 (ECF No. 86) to provide a response to Defendants' Motion for Attorney Fees (ECF No. 87), **if appropriate**. However, if Defendants file a supplement to their Motion for Attorney Fees, Plaintiff shall have 14 days from the date that the supplement is filed to provide a response to Defendants' Motion for Fees and its supplement. Defendants' reply will be due seven days after Plaintiff submits his response.

. . .
. . .
. . .
. . .

MAC:13437-006 3681084_1 3/14/2019 11:57 AM

Dated this 14th day of March, 2019.

**MARQUIS AURBACH COFFING**

By: _/s/ Jonathan B. Lee_
    Phillip S. Aurbach, Esq.
    Nevada Bar No. 1501
    Jonathan B. Lee, Esq.
    Nevada Bar No. 13524
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
    paurbach@maclaw.com
    jbl@maclaw.com
    *Attorneys for Kory Razaghi*

Dated this 14th day of March, 2019.

**ROTHSTEIN DONATELLI LLP**

By: _/s/ Richard W. Hughes_
    Richard W. Hughes, Esq.
    New Mexico Bar No. MN 1230
    Donna M. Connolly, Esq.
    New Mexico Bar No. MN 9202
    1215 Paseo de Peralta
    Santa Fe, New Mexico 87501
    Telephone: (505) 988-8004
    *Attorneys for Attorneys for Ahmad Razaghi, Razaghi Healthcare, LLC (NV), Razaghi Healthcare, LLC (AZ), and Razaghi Development Company, LLC*
    (Pro Hac Vice)

**BAILEY KENNEDY**
    Dennis L. Kennedy, Esq.
    Nevada Bar No. 1462
    Paul C. Williams, Esq.
    Nevada Bar No. 12524

## ORDER

IT IS SO ORDERED this 15 day of March, 2019.

_____
United States Magistrate Judge