DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

DONNA M. CONNOLLY
New Mexico Bar No. NM 9202
*(Admitted Pro Hac Vice)*
RICHARD W. HUGHES
New Mexico Bar No. NM 1230
*(Admitted Pro Hac Vice)*
REED C. BIENVENU
New Mexico Bar No. 147363
*(Admitted Pro Hac Vice)*
**ROTHSTEIN DONATELLI LLP**
1215 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone: 505.988.8004
Facsimile: 505.982.0307
DConnolly@RothsteinLaw.com
RWHughes@RothsteinLaw.com
RBienvenu@RothsteinLaw.com

*Attorneys for Defendants Ahmad Razaghi; Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company,<br><br>Defendants. | Case No. 2:18-cv-01622-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE AHMAD DEFENDANTS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF THEIR RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT [ECF NO. 123]**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiffs Kory Razaghi and Attentus L.L.C. (jointly, "Plaintiffs"), and Defendants Ahmad Razaghi and Razaghi Development Company, LLC (jointly, the "Ahmad Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On September 18, 2019, the Ahmad Defendants filed their Rule 12(b)(6) Motion to Dismiss Plaintiffs' Third Amended Complaint (the "Motion to Dismiss"). (ECF No. 123.)

2. On October 1, 2019, Plaintiffs filed their Opposition to the Motion to Dismiss. (ECF No. 124.)

3. Currently, the Ahmad Defendants' reply brief (the "Reply Brief") in support of their Motion to Dismiss is due on October 8, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BAILEY✣KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

4. The Parties hereby stipulate to extend the time allowed for the Ahmad Defendants to file their Reply Brief to October 15, 2019. The reason for this request is to accommodate the schedules of counsel for the Ahmad Defendants.

Dated this 2nd Day of October, 2019

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
   RICHARD W. HUGHES
   DONNA M. CONNOLLY
   REED C. BIENVENU

   BAILEY✣KENNEDY
   DENNIS L. KENNEDY
   PAUL C. WILLIAMS
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

Dated this 2nd Day of October, 2019

MARQUIS AURBACH COFFING

By: /s/ Collin M. Jayne
   PHILLIP S. AURBACH, NEV. BAR NO. 1501
   COLLIN M. JAYNE, NEV. BAR NO. 13899
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
   paurbach@maclaw.com
   cjayne@maclaw.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**
Dated this  3  day of October, 2019

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by:

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
   RICHARD W. HUGHES
   DONNA M. CONNOLLY
   REED C. BIENVENU

   BAILEY✣KENNEDY
   DENNIS L. KENNEDY
   PAUL C. WILLIAMS
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*