# Exhibit 11
# September 12, 2013 Letter to IHS

## NAVAJO HEALTH FOUNDATION



### SAGE MEMORIAL HOSPITAL
Post Office Box 457 / Ganado, Arizona, 86505 / (928) 755-4500

September 12, 2013

Alva Tom, Acting Director
Office of Indian Self-Determination
Navajo Area Indian Health Service
P.O. Box 9020
Window Rock, AZ 86515

Re: Navajo Health Foundation - Sage Memorial Hospital, Inc. ("Sage") Fiscal Year 2014 ("FY2014") Indian Self-Determination Act Contract Renewal and Amendment and Annual Funding Agreement ("AFA") Renewal

Dear Ms. Tom:

As requested in your September 3, 2013 letter, Sage is enclosing herewith copies of the following documents: (i) FY2012 Audit; (ii) FY2014 Budget; (iii) Fringe Rate by category of cost; (iv) Management contract between Sage and Razaghi Healthcare; (v) an updated binder like the one that Sage prepared for the FY2009 negotiations; and (iv) a DVD-RW that has an electronic version of the files in this binder.

We highlight the following points regarding some of the enclosed documents:

FY2012 Audited Financial Statements – See especially note 15, Sage's FY2012 total operating expense of $30,569,544 of which $22,871,046 was health care services expense, and $7,698,598 General and Administration. Since FY2009, Sage's operating expense increased by 23.64 percent.

FY2014 Budget – Sage expects an operating budget of approximately $35,291,245. This budget was developed using the financial data from Sage's FY2012 Audited Financial Statements, and the year to date July 2013 financial data.

Fringe Rate by category of cost – Sage's weighted average calculated fringe rate is 25.07%. The fringe costs include FICA taxes, SUTA, Workers' Compensation, Disability insurance, employee sick leave, retirement, holiday pay, and paid time off, and employee subsidized programs for health insurance, housing, child care, wellness center, and education and training.

| Department | Personnel Budget | Fringe Costs | Total | Fringe Rate |
|---|---|---|---|---|
| Medical | 4,985,688 | 1,280,852 | 6,176,541 | 26.16% |

91

Kory 001466

# NAVAJO HEALTH FOUNDATION



## SAGE MEMORIAL HOSPITAL
Post Office Box 457 / Ganado, Arizona, 86505 / (928) 755-4500

| Department | | | | |
|---|---:|---:|---:|---:|
| Nursing | 2,946,195 | 665,905 | 3,612,100 | 22.60% |
| Dental | 491,115 | 152,028 | 643,143 | 30.96% |
| Laboratory | 413,462 | 121,019 | 534,482 | 29.27% |
| Radiology | 366,124 | 112,437 | 478,561 | 30.71% |
| Pharmacy | 1,070,877 | 285,003 | 1,355,881 | 26.61% |
| Rehabilitation | 498,139 | 90,979 | 589,118 | 18.26% |
| Respiratory | 281,476 | 63,221 | 344,697 | 22.46% |
| Social Services | 207,438 | 65,800 | 273,238 | 31.72% |
| Administration | 622,746 | 75,959 | 698,706 | 12.20% |
| Finance | 494,208 | 78,231 | 572,439 | 15.83% |
| Purchasing | 103,105 | 32,169 | 135,274 | 31.20% |
| Admissions & Registration | 114,400 | 34,269 | 148,669 | 29.96% |
| Patient Accounting | 254,797 | 79,470 | 334,268 | 31.19% |
| Information Systems | 216,840 | 40,752 | 257,592 | 18.79% |
| Healthcare Management | 109,096 | 32,680 | 141,776 | 29.96% |
| Healthcare IS | 231,628 | 70,606 | 302,235 | 30.48% |
| PI/QRM | 118,019 | 35,353 | 153,372 | 29.96% |
| Dietary | 61,859 | 18,530 | 80,389 | 29.96% |
| Environmental Services | 236,038 | 70,707 | 306,745 | 29.96% |
| Human Resources | 154,752 | 25,762 | 180,514 | 16.65% |
| Wellness | 89,440 | 26,792 | 116,232 | 29.96% |
| Child care | 101,920 | 30,530 | 132,450 | 29.96% |
| Facility Management | 413,337 | 125,248 | 538,586 | 30.30% |
| Grounds | 64,147 | 19,215 | 83,362 | 29.96% |
| Security | 181,335 | 54,326 | 235,681 | 29.96% |
| Communications | 153,108 | 45,864 | 198,973 | 29.96% |
| | 14,891,316 | 3,733,721 | 18,625,038 | 25.07% |

<u>Management contract between Sage and Razaghi Healthcare</u> – Note that Sage's Board of Directors negotiated an extension for management services by Razaghi Healthcare ("RH") through September 30, 2020. Among other scopes of services, the Management Contract provides CEO and CEO Succession Planning, Personnel Administration, and Accounting and Financial Records management. The RH Executive Management and Consulting Services compensation is based on fair market value of services provided consistent with Sage's budget.

Please email or contact my office if there are any other issues we should be aware of before our September 25 meeting so we can be prepared to discuss them with you that day.

Best Regards,

Ahmad R. Razaghi, ME, MBA, ACHE
Chief Executive Officer

92

Kory 001467

**NAVAJO HEALTH FOUNDATION**



**SAGE MEMORIAL HOSPITAL**
Post Office Box 457 / Ganado, Arizona, 86505 / (928) 755-4500

Copies:

Stenson Wauneka, President, Sage Board of Directors
Paul E. Frye, Esq.
Thomas E. Albright, Esq.

Kory 001468