Exhibit 21
RDC Invoice 1196



Razaghi Healthcare
410 S. Rampart Boulevard
Suite 390
Las Vegas, NV 89145

(702)726-6780

5 06685



RECEIVED
JAN 14 2015
ACCOUNTS PAYABLE

# Invoice

| Date | Invoice No. |
|---|---|
| 01/13/2015 | 1196 |
| **Terms** | **Due Date** |
| Due on receipt | 01/13/2015 |

**Bill To**

Navajo Health Foundation - Sage Memorial Hos
PO Box 457
Ganado, AZ 86505

| Professional Service | Charge |
|---|---|
| • Management Consulting Services | 188,164.00 |
| Ahmad R. Razaghi, Partner | |
| Allen Billings, Executive Healthcare Consultant | |
| David Erichsen, Executive Healthcare Consultant | |
| Todd McGee, Executive Healthcare Consultant | |
| Mark Sewald, Senior Healthcare Consultant | |
| Abigail Paul, Project Manager | |
| Guang Liu, Project Manager | |
| Christian Astorga, Administrative Support (Intern) | |
| | |
| • Executive Management Services | 89,589.80 |
| | |
| Christi El-Meligi, CEO | |
| Michael Katigbak, CFO | |
| Netrisha Dalgai, Director of Operations (Project Manager) | |
| | |
| • Management incentive service fee, period 12/27/2014 - 1/9/2015 | 49,607.00 |
| | |
| • Management service fee | 501,315.47 |
| Balance of Management Incentive Service Fee Period 10/1/2013 to 9/30/2014 | |
| | |
| • Professional Services Discount | -162,430.60 |
| 58.48% below fair market value | |
| | |
| • Reimbursable Expenses | -196.15 |
| Lease credit RH office, equipment and furniture (PPE 1/9/2015) | |
| • Reimbursable Expenses | -186.00 |
| Rental credit Del Web #5 (PPE 1/9/2015) | |
| • Reimbursable Expenses | -214.06 |
| Health insurance premium credit, Ahmad R. Razaghi (PPE 1/9/2015) | |
| • Reimbursable Expenses | -127.52 |
| Health insurance premium credit, Christi El-Meligi (PPE 1/9/2015) | |

Continue to the next page

**SMH 003126**

Page 2 of 2

| Professional Service | Charge |
|---|---|
| Reimbursable Expenses<br>Health insurance premium credit, Todd McGee (PPE 1/9/2015) | -185.22 |
| • Reimbursable Expenses<br>Child care services credit, Netrisha Dalgai (PPE 1/9/2015) | -71.60 |
| • Reimbursable Expenses<br>Legal, Hutchison & Steffen, Invoice #212609 | 18,084.15 |

POSTED

JAN 1 4 2015

BY:

| | Total | $683,349.27 |
|---|---|---|

**SMH 003127**

```
RUN DATE: 01/14/15     Sage Memorial Hospital AP  **LIVE**                PAGE 1
RUN TIME: 1558         ELECTRONIC PAYMENT TRANSMITTAL RECORD
RUN USER: FIN.PMN

                         T R A N S M I T T A L   R E C O R D

IMMEDIATE                              IMMEDIATE
  ORIGIN NUMBER: 12373-1436-4            DESTINATION NUMBER: 0910-0001-9

IMMEDIATE                              IMMEDIATE
  ORIGIN NAME: SAGE MEMORIAL HOSPITAL  DESTINATION NAME: WELLS FARGO


       TRANSMISSION   FILE ID    FILE SPECIFICATIONS    EXTERNAL
          DATE        MODIFIER   MEDIA      FORMAT      FILE ID

        01-14-15         A       CPU-CPU    FIXED       SMH


------TOTAL DEBITS------     -----TOTAL CREDITS------     -----FILE COUNTS-----
   COUNT         AMOUNT         COUNT         AMOUNT         ENTRY        HASH
     0            0.00            1         683349.27 ✓       1        0012210527
```

_____          _____
         AUTHORIZED SIGNATURE                             DATE

(signed)                                          1/14/15

SMH 003128

```
RUN DATE: 01/14/15                    Sage Memorial Hospital AP  **LIVE**                           PAGE 1
RUN TIME: 1558                              ELECTRONIC PAYMENTS
JN USER: FIN.PMN

                                              FILE DUMP

BANK ACC: NWE

101 091000019123731436415O1141557A094101WELLS FARGO         SAGE MEMORIAL HOSPITAL
5200SMH                           2237314364PPDTRADE PAY 150114150114    1091000010000001
6221221052782022331546      0068334927132004      RAZAGHI HEALTHCARE     0122105270000001
82000000010012210527000000000000000068334927223731436 4                   091000010000001
900000100000100000001001221052700000000000000000068334927

1 VENDORS WITH A TOTAL OF 1 TRANSACTIONS AND A TOTAL DEPOSIT AMOUNT OF 683349.27 ON THIS TRANSMISSION DUMP.
```

SMH 003129

```
RUN DATE: 01/14/15                    Sage Memorial Hospital AP  **LIVE**                      PAGE 1
RUN TIME: 1558                              ELECTRONIC PAYMENTS
JN USER: FIN.PMN
```

                                          FILE LIST

BANK ACC: NWE

| VEND # | CODE | NAME | ACCOUNT # | BANK | AMOUNT | TRACE | CONTROL # |
|---|---|---|---|---|---|---|---|
| S06085 | 22 | RAZAGHI HEALTHCARE | 2022331546 | 122105278 | 683349.27 | 122105270000001 | 132004 |

1 VENDORS WITH A TOTAL OF 1 TRANSACTIONS AND A TOTAL DEPOSIT AMOUNT OF 683349.27 ON THIS TRANSMISSION LIST.

SMH 003130



Philandra Nelson <philandra.nelson@sagememorial.com>

## Approved Re: RH Invoice #1196
1 message

**Michael Katigbak** <michael.katigbak@razaghihealthcare.com>   Wed, Jan 14, 2015 at 12:03 PM
To: Philandra Nelson SAGE Accounting <philandra.nelson@sagememorial.com>
Cc: Mark Sewald CPA <mark.sewald@razaghihealthcare.com>, jata Baylon <jata.baylon@sagememorial.com>

Hello Philandra,

Please process RH Invoice 1196 (attached). I also provided the excel spreadsheet for you to go over since there is a large amount included of $501K in balance of the management fee.

Send me your ACH text files for our records as well as fax confirmation you will get from Wells Fargo today.

Mike

On Tue, Jan 13, 2015 at 9:32 PM, Christi El-Meligi <christi.elmeligi@razaghihealthcare.com> wrote:
> Mike,
>
> The attached invoice is approved. Please process.
>
> Thank you,
> Christi
>
> --
> **Christi J. El-Meligi, BSN, RN, AONE, ACHE**
> Chief Executive Officer, Administrator
> Navajo Health Foundation-
> Sage Hospital Campus
> SRS 191 & Highway 264
> Ganado, AZ  86505
> Office: (928) 755-4541
> Facsimile: (928) 755-4659



> **Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

> On Tue, Jan 13, 2015 at 7:41 PM, Accounting Razaghi Healthcare <acc@razaghihealthcare.com> wrote:

SMH 003131

Ms. El-Meligi,

Please see attached Razaghi Healthcare invoice #1196 submitted for your approval.

Thank you,

--
**Financial Accounting**
Razaghi Healthcare
410 S. Rampart Boulevard, Suite # 390
Las Vegas, NV 89145
Office: (702) 726-6780
Facsimile: (702) 726-6701
acc@razaghihealthcare.com



**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized.

2 attachments

- 2015.01.13 rh invoice 1196.pdf
  1024K

- Sage verification of RH Invoice 1196.xlsx
  33K

SMH 003132

| For 2 week period Dec 27, 2014 to Jan 9, 2015 | | SAGE Verification | RH Invoice | Diff |
|---|---|---:|---:|---:|
| Invoice | | | 1196 | |
| Period End | | | 13-Jan-15 | |
| Management Consulting | Refer to GL account allocations | 188,164.00 | 188,164.00 | - |
| Executive Management | Refer to GL account allocations | 89,589.80 | 89,589.80 | - |
| Management Incentive - Dec 27/14 to Jan 9/15 | 01.3801.6125 | 49,607.00 | 49,607.00 | (0.00) |
| Management Incentive - balance Oct 1/13 to Se | 01.3801.6125 | 501,315.47 | 501,315.47 | - |
| Professional Service Courtesy Discount | Refer to GL account allocations | (162,430.60) | (162,430.60) | - |
| | | 666,245.67 | 666,245.67 | (0.00) |
| Legal (eg. Frye Law Firm) | 01.3800.6115 | 18,084.15 | 18,084.15 | - |
| Audit / Financial (eg. Bradshaw Smith) | 01.3750.6120 | - | - | |
| (eg. Jacobus Consulting) | 01.3790.6135 | - | - | - |
| PR (eg. Sandstone) | 01.3800.6450 | - | - | |
| Advertising (eg. Navajo Times) | 01.3800.6451 | | - | |
| Facilities (eg. Engineers, Architects) | 01.3740.6120 | | - | - |
| Xerox (copier service) | 01.3800.6306 | 0 | - | |
| RH Office, equipment and furniture | 01.3800.6400 | (196.15) | (196.15) | - |
| RH Office Meetings | 01.3800.6400 | - | - | - |
| Rental fee Del Webb #5 | 01.3950.4505 | (186.00) | (186.00) | - |
| Health Insurance Premium, Ahmad R. Razaghi | 01.3915.6740 | (214.06) | (214.06) | - |
| Health Insurance premium, Christi El-Meligi | 01.3915.6740 | (127.52) | (127.52) | - |
| Health Insurance premium, Michael Katigbak | 01.3915.6740 | | - | |
| alth Insurance premium, Todd McGee | 01.3915.6740 | (185.22) | (185.22) | - |

**SMH 003133**

| | | | | |
|---|---|---|---|---|
| Child care services, Netrish Dalgai | 01.3870.4565 | (71.60) | **(71.60)** | |
| | | | 683,349.27 | (0.00) |

SMH 003134

| Management Consulting | Ahmad Razaghi | Allen Billings | David Erichsen | Todd McGee | Mark Sewald | Abigail Paul | Guang Liu | Rey Katigbak | Christian Astorga | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| GROSS BILLABLE HOURS Dec 27, 2014 to Jan 9, 2015 | **60.25** | **40.00** | **80.50** | **86.25** | **96.00** | **71.50** | **80.10** | - | **21.00** | |
|  | 60.25 | 40.00 | 80.50 | 86.25 | 96.00 | 71.50 | 80.10 | - | 21.00 | 535.60 |
| EXCL OVER TIME Dec 27, 2014 to Jan 9, 2015 | | | | | | | | | | |
|  | - | - | - | - | - | - | - | - | - | - |
| NET BILLABLE HOURS Dec 27, 2014 to Jan 9, 2015 | 60.25 | 40.00 | 80.50 | 86.25 | 96.00 | 71.50 | 80.10 | - | 21.00 | |
|  | 60.25 | 40.00 | 80.50 | 86.25 | 96.00 | 71.50 | 80.10 | - | 21.00 | 535.60 |
| GROSS RATES | 530.00 | 410.00 | 410.00 | 410.00 | 190.00 | 340.00 | 340.00 | 150.00 | 80.00 | |
| DISCOUNT | (175.00) | (215.00) | (215.00) | (215.00) | (100.00) | (275.00) | (275.00) | (95.00) | (45.00) | |
| NET RATES | 355.00 | 195.00 | 195.00 | 195.00 | 90.00 | 65.00 | 65.00 | 55.00 | 35.00 | |
| GROSS BILLING | 31,932.50 | 16,400.00 | 33,005.00 | 35,362.50 | 18,240.00 | 24,310.00 | 27,234.00 | - | 1,680.00 | 188,164.00 |
| DISCOUNT | (10,543.75) | (8,600.00) | (17,307.50) | (18,543.75) | (9,600.00) | (19,662.50) | (22,027.50) | - | (945.00) | (107,230.00) |
| NET BILLING | 21,388.75 | 7,800.00 | 15,697.50 | 16,818.75 | 8,640.00 | 4,647.50 | 5,206.50 | - | 735.00 | 80,934.00 |

| Personnel | Net Billable Amount | Percentage Cost Allocation | Cost Code | Code Description | Net Billable Amount |
|---|---|---|---|---|---|
| Ahmad Razaghi | 21,388.75 | 50% | 01.3801.6125 | MGMT CONTRACT-NON-MED MGMT | 10,694.38 |
|  |  | 25% | 01.3800.6000 | ADMIN SALARIES-MANAGEMENT | 5,347.19 |
|  |  | 25% | 01.3750.6000 | FINANCE SALARIES-MANAGEMENT | 5,347.19 |
| Allen Billings | 7,800.00 | 100% | 01.3801.6115 | MANAGEMENT LEGAL CONSULTANTS | 7,800.00 |
| David Erichsen | 15,697.50 | 70% | 01.3740.6000 | FACIL MGMT SALARIES-MANAGEMENT | 10,988.25 |
|  |  | 15% | 01.3750.6335 | FINANCE PUR SVC-NON-MEDICAL | 2,354.63 |
|  |  | 15% | 01.3600.6335 | PURCHASING PUR SVC-NON-MEDICAL | 2,354.63 |
| Todd McGee | 16,818.75 | 35% | 01.3800.6115 | ADMIN LEGAL CONSULTANTS | 5,886.56 |
|  |  | 35% | 01.3750.6335 | FINANCE PUR SVC-NON-MEDICAL | 5,886.56 |
|  |  | 15% | 01.3800.6335 | ADMIN PUR SVC-NON-MEDICAL | 2,522.81 |
|  |  | 15% | 01.3790.6335 | INFO SYS PUR SVC-NON-MEDICAL | 2,522.81 |
| Mark Sewald | 8,640.00 | 100% | 01.3750.6335 | FINANCE PUR SVC-NON-MEDICAL | 8,640.00 |
| Abigail Paul | 4,647.50 | 50% | 01.3800.6450 | ADMIN - PUBLIC RELATIONS | 2,323.75 |
|  |  | 25% | 01.3800.6145 | BOARD of DIRECTORS ADMIN SUPPORT | 1,161.88 |
|  |  | 25% | 01.3800.6120 | GENERAL ADMINISTRATION | 1,161.88 |
| Guang Liu | 5,206.50 | 100% | 01.3740.6000 | FACIL MGMT SALARIES-MANAGEMENT | 5,206.50 |
| Rey Katigbak | - | 100% | 01.3790.6335 | INFO SYS PUR SVC-NON-MEDICAL | - |
| Christian Astorga | 735.00 | 100% | 01.3800.6450 | ADMIN - PUBLIC RELATIONS | 735.00 |
| **Net Billable Amt** | 80,934.00 | | | Total | 80,934.00 |
| Savings | 107,230.00 | | | | - |
| Gross Billable Amt | 188,164.00 | | | | |

SMH 003135

|  | Christi El-Meligi | Michael Katigbak | Netrisha Dalgai |  |  | TOTAL |
|---|---|---|---|---|---|---|
| SS BILLABLE HOURS Dec 27, 2014 to Jan 9, 2015 | 80.00 | 74.42 | 90.42 | - | - | |
|  | 80.00 | 74.42 | 90.42 | - | - | 244.84 |
| EXCL OVER TIME Dec 27, 2014 to Jan 9, 2015 | - | - | - | - | - | |
|  | - | - | - | - | - | - |
| NET BILLABLE HOURS Dec 27, 2014 to Jan 9, 2015 | 80.00 | 74.42 | 90.42 | - | - | |
|  | 80.00 | 74.42 | 90.42 | - | - | 244.84 |
| GROSS RATES | 410.00 | 350.00 | 340.00 | 340.00 | - | |
| DISCOUNT | (235.00) | (155.00) | (275.00) | (275.00) | - | |
| NET RATES | 175.00 | 195.00 | 65.00 | 65.00 | - | |
| GROSS BILLING | 32,800.00 | 26,047.00 | 30,742.80 | - | - | 89,589.80 |
| DISCOUNT | (18,800.00) | (11,535.10) | (24,865.50) | - | - | (55,200.60) |
| NET BILLING | 14,000.00 | 14,511.90 | 5,877.30 | - | - | 34,389.20 |

| | | | | | |
|---|---|---|---|---|---|
| Christi El-Meligi | 14,000.00 | 100% | 01.3800.6000 | ADMIN SALARIES-MANAGEMENT | 14,000.00 |
| Mike Katigbak | 14,511.90 | 51% | 01.3750.6000 | FINANCE SALARIES-MANAGEMENT | 7,401.0~~7~~ 8 |
| | | 25% | 01.3790.6335 | INFO SYS PUR SVC-NON-MEDICAL | 3,627.98 |
| | | 6% | 01.3600.6335 | PURCHASING PUR SVC-NON-MEDICAL | 870.71 |
| | | 6% | 01.3780.6335 | PAT ACCT'G PUR SVC-NON-MEDICAL | 870.71 |
| | | 6% | 01.3804.6335 | HEALTH CAR PUR SVC-NON-MEDICAL | 870.71 |
| | | 6% | 01.3690.6335 | ADM & REG PUR SVC-NON-MEDICAL | 870.71 |
| Netrisha Dalgai | 5,877.30 | 25% | 01.3010.6335 | MED/SURG PUR SVC-NON-MEDICAL | 1,469.33 |
| | | 25% | 01.3560.6335 | SAGE OPD PUR SVC-NON-MEDICAL | 1,469.33 |
| | | 25% | 01.3590.6335 | CHN PUR SVC-NON-MEDICAL | 1,469.3~~3~~ 32 |
| | | 25% | 01.3806.6335 | PI/QUALITY RISK MGMT PUR SVC-NO | 1,469.3~~5~~ 32 |
| | - | 100% | | | - |
| **Net Billable Amt** | 34,389.20 | | | | 34,389.20 |
| Savings | 55,200.60 | | | | - |
| Gross Billable Amt | 89,589.80 | | | | |

SMH 003136

| Sage verification of 501,315.47 on RH Invoice 1196 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sage bank Date | Amount | Amt Diff Invoice | RH Invoice # | M&R Invoice # | Invoice Amount | Service Fee | Service Fee Month |
| 10/10/2013 | ($202,717.66) | $11,528.08 | 1162 | | 191,189.58 | | |
| 10/22/2013 | ($95,091.98) | ($197.12) | 1163 | | 95,289.10 | | |
| 10/29/2013 | ($86,420.58) | $0.00 | | Oct 2013 | 86,420.58 | | |
| 11/06/2013 | ($123,976.92) | ($199.02) | 1164 | | 124,175.94 | | |
| 11/12/2013 | ($126,358.93) | $0.00 | 1165 √ | | 126,358.93 | 75,721.20 | Oct 1 to 15 |
| 11/20/2013 | ($176,073.28) | $0.00 | 1166 √ | | 176,073.28 | 75,721.20 | Nov 1 to 15 |
| 12/17/2013 | ($180,013.88) | ($0.01) | 1168 | | 180,013.89 | 75,721.20 | Dec 1 to 15 |
| 01/10/2014 | ($175,982.08) | $0.01 | 1169 √ | | 175,982.07 | | |
| 01/15/2014 | ($223,920.04) | $0.59 | 1170 | | 223,919.45 | 98,861.40 | Oct 16-31, Nov 16-30, Dec 16-31 |
| 02/05/2014 | ($279,814.63) | $1.26 | 1171 | | 279,813.37 | 107,482.08 | Jan 2014 |
| 02/18/2014 | ($314,911.68) | $0.02 | 1172 | | 314,911.66 | | |
| 03/05/2014 | ($260,664.07) | $0.02 | 1173 | | 260,664.05 | 107,482.08 | Feb 2014 |
| 03/18/2014 | ($119,129.86) | ($0.01) | 1174 | | 119,129.87 | | |
| 03/26/2014 | ($246,941.73) | $0.00 | 1175 | | 246,941.73 | 107,482.08 | Mar 2014 |
| 04/09/2014 | ($207,023.32) | $0.00 | 1176 | | 207,023.32 | | |
| 04/22/2014 | ($198,226.47) | $0.00 | 1177 | | 198,226.47 | 107,482.08 | Apr 2014 |
| 05/07/2014 | ($120,854.48) | $0.00 | 1178 | | 120,854.48 | | |
| 05/20/2014 | ($229,911.72) | $0.00 | 1179 | | 229,911.72 | 107,482.08 | May 2014 |
| 06/04/2014 | ($151,168.15) | $0.00 | 1180 | | 151,168.15 | | |
| 06/18/2014 | ($290,163.12) | ($0.01) | 1181 | | 290,163.13 | 107,482.08 | Jun 2014 |
| 06/30/2014 | ($783,581.34) | $0.00 | 1182 | | 783,581.34 | 852,680.39 | Mar 2013 to Sep 2013 |
| 07/15/2014 | ($167,574.66) | $0.00 | 1183 | | 167,574.66 | | |
| 07/29/2014 | ($208,066.12) | ($302.00) | 1184 | | 208,368.12 | 107,482.08 | Jul 2014 |
| 08/20/2014 | ($163,232.67) | ($9,965.61) | 1185 | | 173,198.28 | 49,607.11 | to Aug 11 2014 |
| 08/27/2014 | ($178,228.09) | $0.00 | 1186 | | 178,228.09 | 49,607.11 | to Aug 27 2014 |
| 09/11/2014 | ($226,102.42) | $0.00 | 1187 | | 226,102.42 | 49,607.11 | to Sep 9 2014 |
| 09/23/2014 | ($193,781.59) | $0.00 | 1189 | | 193,781.59 | 49,607.11 | to Sep 22 2014 |
| | ($5,729,931.47) | $866.20 | | | $5,729,065.27 | $2,129,508.39 | |
| | | | | | | 852,680.39 | FY 2013 |
| | | | | | | $1,276,828.00 | FY 2014 |
| | | | | | | 2,129,508.39 | |
| | | | | | 100% | 1,842,550.00 | FY 2014 BUDGET |
| | | | | | 69% | ($1,276,828.00) | less payment made FY 2014 |
| | | | | | 31% | 565,722.00 | |
| | | | | | | (64,406.53) | *** retention until FY 2014 finalized |
| | | | | | | 501,315.47 | amount in RH Invoice 1196 |

*** Retention amount subject to Final Audit FY 2014 for Net Revenues (ie. FY 2014 Budget of $1,842,550 may be higher or lower so therefore the retention amount may fluctuate accordingly. 5.4% of actual Net Revenues determine the changes vs $1,842,550

*[signature: Michael Lattighas]*

Jan 14, 2015

SMH 003137

**Partial rh management fees received fiscaly year 2014**

| | |
|---|---:|
| Professional Service Fee  October 1, 2013 thru October 15, 2013 | $ 75,721.20 |
| Professional Consulting Service Fee - Nov. 1, 2013 to Nov. 15, 2013 | $ 75,721.20 |
| Professional Consulting Service Fee Dec. 1, 2013 to Dec. 15, 2013 | $ 75,721.20 |
| Service Fee Balance Due for Management Fee from October 16-31 2013 | $ 32,953.80 |
| Service Fee Balance Due for Management Fee from November 16-30 2013 | $ 32,953.80 |
| Service Fee Balance Due for Management Fee from December 16-31 2013 | $ 32,953.80 |
| Service Fee for Month of January 2014 | $ 107,482.08 |
| Service fee for the month of Febraury 2014 | $ 107,482.08 |
| Service fee for the month of March 2014 | $ 107,482.08 |
| Service fee for the month of April, 2014 | $ 107,482.08 |
| Service fee for the month of May 2014 | $ 107,482.08 |
| Service fee for the month of June 13, 2014 | $ 107,482.08 |
| Management Service Fee for the month of July 2014 | $ 107,482.08 |
| Management incentive service fee 8/11/14 | $ 49,607.11 |
| Management incentive service fee 8/27/14 | $ 49,607.11 |
| Management incentive service fee 09/10/14 | $ 49,607.11 |
| Management incentive service fee 09/22/14 | $ 49,607.11 |
| | **$ 1,276,828.00** |

SMH 003138

Razaghi Healthcare

Employee name: Christi El-Meligi, BSN, RN           Job title: CEO/Administrator

Fill in starting date   Week starting: 12/27/14   Week ending: 1/2/15

|  | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |  |
|---|---|---|---|---|---|---|---|---|
|  | 12/27/14 | 12/28/14 | 12/29/14 | 12/30/14 | 12/31/14 | 1/1/15 | 1/2/15 |  |
| Client | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial |  |
| Start |  |  | 9:30 AM | 1:00 PM | 8:00 AM | 5:00 PM |  | Total Hours |
| Nonbillable hours |  |  |  |  |  |  |  | 49.00 |
| Finish |  |  | 7:30 PM | 9:30 PM | 6:30 PM | 9:00 PM |  |  |
| PTO | 8.00 | 8.00 |  |  |  |  |  |  |
| Total | 8.00 | 8.00 | 10.00 | 8.50 | 10.50 | 4.00 | 0.00 |  |

Enter time as 00:00 A or P

Fill in starting date   Week starting: 1/3/15   Week ending: 1/9/15

|  | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |  |
|---|---|---|---|---|---|---|---|---|
|  | 1/3/15 | 1/4/15 | 1/5/15 | 1/6/15 | 1/7/15 | 1/8/15 | 1/9/15 |  |
| Client | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial | Sage Memorial |  |
| Start |  | 2:00 PM | 10:30 AM | 9:30 AM | 8:45 AM | 9:00 AM | 8:45 AM | Total Hours |
| Nonbillable hours |  |  |  |  |  |  |  | 52.83 |
| Finish |  | 11:50 PM | 7:30 PM | 1:30 PM | 5:00 PM | 5:30 PM | 6:00 PM |  |
| PTO |  |  |  | 4.00 |  |  |  |  |
| Total | 0.00 | 9.83 | 9.00 | 8.00 | 8.25 | 8.50 | 9.25 |  |

| Total Hours |
|---|
| 101.83 |

Billed 80 hours

| Cost Codes Category | % | Hours |
|---|---|---|
| 01.3610.60C RN ADMIN SALARIES-MANAGEMENT | 40% | 0 |
| 01.3806.633 PI/QUALITY RISK MGMT PUR SVC-NON-MEDICAL | 25% | 0 |
| 01.3260.633 PHARMACY PUR SVC-NON-MEDICAL | 25% | 0 |
| 01.3220.633 LABORATORY PUR SVC-NON-MEDICAL | 25% | 0 |
| 01.3250.633 X-RAY PUR SVC-NON-MEDICAL | 25% | 0 |
| 01.3270.633 P.T. PUR SVC-NON-MEDICAL | 25% | 0 |

SMH 003142

# Management Consulting Time Log

**Name:** Ahmad R. Razaghi, ME, MBA, ACHE
**Title:** Partner
**Client:** Sage Memorial Hospital
**Start:** December 27, 2014
**End:** January 9, 2015



| Date | Scope | Hours |
|---|---|---|
| Saturday, December 27 | Attention to Executive Management, support CEO | 0.25 |
| Sunday, December 28 | Attention to sage ausa criminal investigation, Dec 11 Grand Jury Subpoena, research and review documents/correspondence | |
| | Attention to bauder complaint Sage, research and review documents/correspondence | |
| | Attention to Sage complaint defamation, research and review documents/correspondence | 10.25 |
| Monday, December 29 | Attention to Executive Management, support CEO and management consulting | |
| | Attention to sage ihs complaint, research and review documents/correspondence | |
| | Attention to lauber complaint Sage, research and review documents/correspondence | |
| | Attention to Sage complaint defamation, research and review documents/correspondence | 5.5 |
| Tuesday, December 30 | Attention to Executive Management, support CEO and management consulting | |
| | Attention to sage ihs complaint, research and review documents support frye law | |
| | Attention to Sage complaint defamation, research and review documents/correspondence | 8 |
| Wednesday, December 31 | Attention to Executive Management, support CEO and management consulting | |
| | Attention to sage ihs complaint, research and review documents support frye law | |
| | Attention to Sage complaint defamation, research and review documents/correspondence | 4 |
| Thursday, January 1 | Attention to Executive Management, support CEO and management consulting | |
| | Attention to Sage complaint defamation, research and review documents/correspondence | 5 |
| Friday, January 2 | Attention to Executive Management, support CEO and management consulting | |
| | Attention to Sage complaint defamation, research and review documents/correspondence | 8 |
| Monday, January 5 | Attention to Executive Management, support CEO and management consulting | 5 |
| Tuesday, January 6 | Attention to Executive Management, support CEO and management consulting | 6.75 |
| Wednesday, January 7 | Attention to Executive Management, support CEO and management consulting | 1.5 |
| Thursday, January 8 | Attention to Executive Management, support CEO and management consulting | 2.5 |
| Friday, January 9 | Attention to Executive Management, support CEO and management consulting | 3.5 |
| | Total | 60.25 |

**SMH 003147**