| | |
|---|---|
| 1 | DENNIS L. KENNEDY |
| | Nevada Bar No. 1462 |
| 2 | PAUL C. WILLIAMS |
| | Nevada Bar No. 12524 |
| 3 | **BAILEY❖KENNEDY** |
| | 8984 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148-1302 |
| | Telephone:  702.562.8820 |
| 5 | Facsimile:  702.562.8821 |
| | DKennedy@BaileyKennedy.com |
| 6 | PWilliams@BaileyKennedy.com |
| 7 | DONNA M. CONNOLLY |
| | New Mexico Bar No. NM 9202 |
| 8 | *(Admitted Pro Hac Vice)* |
| | RICHARD W. HUGHES |
| 9 | New Mexico Bar No. NM 1230 |
| | *(Admitted Pro Hac Vice)* |
| 10 | REED C. BIENVENU |
| | New Mexico Bar No. 147363 |
| 11 | *(Admitted Pro Hac Vice)* |
| | **ROTHSTEIN DONATELLI LLP** |
| 12 | 1215 Paseo de Peralta |
| | Santa Fe, New Mexico 87501 |
| 13 | Telephone:  505.988.8004 |
| | Facsimile:  505.982.0307 |
| 14 | DConnolly@RothsteinLaw.com |
| | RWHughes@RothsteinLaw.com |
| 15 | RBienvenu@RothsteinLaw.com |

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS L.L.C., a Nevada Limited-Liability Company, | Case No. 2:18-cv-01622-GMN-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE AHMAD DEFENDANTS' DEADLINE TO FILE THEIR RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 129]** |
| vs. | |
| AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company, | **(First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiffs Kory Razaghi and Attentus L.L.C. (jointly, "Plaintiffs"), and Defendants Ahmad Razaghi and Razaghi Development Company, LLC (jointly, the "Ahmad Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1. On November 4, 2019, the Plaintiffs filed their Motion for Partial Summary Judgment under seal. (ECF No. 129.)

2. Currently, the Ahmad Defendants' response brief (the "Response Brief") is due on November 25, 2019.

3. The Parties hereby stipulate to extend the time allowed for the Ahmad Defendants to file their Response Brief to December 9, 2019. The reason for this request is to accommodate the schedules of counsel for the Ahmad Defendants.

Dated this 11th Day of November, 2019

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
    RICHARD W. HUGHES
    DONNA M. CONNOLLY
    REED C. BIENVENU

BAILEY❖KENNEDY
    DENNIS L. KENNEDY
    PAUL C. WILLIAMS
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

Dated this 11th Day of November, 2019

MARQUIS AURBACH COFFING

By: /s/ Collin M. Jayne (with permission)
    PHILLIP S. AURBACH, NEV. BAR NO. 1501
    COLLIN M. JAYNE, NEV. BAR NO. 13899
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
    Facsimile: (702) 382-5816
    paurbach@maclaw.com
    cjayne@maclaw.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

Dated this 13 day of November, 2019.

Gloria M. Navarro, District Judge
United States District Court

1  Respectfully Submitted by:

2  ROTHSTEIN DONATELLI LLP

3  By: /s/ Reed C. Bienvenu
      RICHARD W. HUGHES
4     DONNA M. CONNOLLY
      REED C. BIENVENU
5
      BAILEY❖KENNEDY
6     DENNIS L. KENNEDY
      PAUL C. WILLIAMS
7  *Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*