**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
cjayne@maclaw.com
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; and ATTENTUS L.L.C., a Nevada Limited-Liability Company, | Case Number: 2:18-cv-01622-GMN-DJA |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND PLAINTIFFS' DEADLINE TO FILE THEIR REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 129) AND THEIR RESPONSE TO THE AHMAD DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NOS. 137 AND 138)** |
| AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company, | |
| Defendants. | **(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 and 7-1, Plaintiffs Kory Razaghi and Attentus L.L.C. (jointly, "Plaintiffs"), and Defendants Ahmad Razaghi and Razaghi Development Company, LLC (jointly, the "Ahmad Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

1.     On November 4, 2019, Plaintiffs filed their Motion for Partial Summary Judgment.  (ECF No. 129.)

MAC:13437-006 3930380_1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

2.	On December 9, 2019, the Ahmad Defendants filed their Response to Plaintiffs' Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment (ECF Nos. 137 and 138).

3.	Currently, the Plaintiffs' reply in support of their Motion for Partial Summary Judgment is due on December 23, 2019, and Plaintiffs' response to the Ahmad Defendants' Cross-Motion for Partial Summary Judgment is due on December 30, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:13437-006 3930380_1

4.  The parties hereby stipulate to extend the time allowed for the Plaintiffs to file both their reply in support of the Motion for Partial Summary Judgment and their response to the Cross-Motion for Partial Summary Judgment, to January 13, 2020. The reason for this request is to accommodate the schedules of counsel for the Plaintiffs.

DATED this 23rd day of December, 2019

MARQUIS AURBACH COFFING

By: /s/ Collin Jayne

    Phillip S. Aurbach, Nev. Bar No. 1501
    Collin M. Jayne, Nev. Bar No. 13899
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiffs Kory Razaghi*
    *and Attentus, LLC*

DATED this 23rd day of December, 2019

ROTHSTEIN DONATELLI LLP

By: /s/ Reed Bienvenu (with permission)

    Richard W. Hughes (*pro hac vice*)
    Donna M. Connolly (*pro hac vice*)
    Reed C. Bienvenu (*pro hac vice*)

    BAILEY❖KENNEDY
    Dennis L. Kennedy, Nev. Bar No. 1462
    Paul C. Williams, Nev. Bar No. 12524
    *Attorneys for Defendants Ahmad*
    *Razaghi and Razaghi Development*
    *Company, LLC*

**IT IS SO ORDERED.**
Dated this 23 day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by:

MARQUIS AURBACH COFFING

By: /s/ Collin Jayne
    Phillip S. Aurbach, Nev. Bar No. 1501
    Collin M. Jayne, Nev. Bar No. 13899
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiffs Kory Razaghi and Attentus, LLC*

MAC:13437-006 3930380_1

*MARQUIS AURBACH COFFING*
*10001 Park Run Drive*
*Las Vegas, Nevada 89145*
*(702) 382-0711 FAX: (702) 382-5816*