DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

DONNA M. CONNOLLY
New Mexico Bar No. NM 9202
*(Admitted Pro Hac Vice)*
RICHARD W. HUGHES
New Mexico Bar No. NM 1230
*(Admitted Pro Hac Vice)*
REED C. BIENVENU
New Mexico Bar No. 147363
*(Admitted Pro Hac Vice)*
**ROTHSTEIN DONATELLI LLP**
1215 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone:  505.988.8004
Facsimile:  505.982.0307
DConnolly@RothsteinLaw.com
RWHughes@RothsteinLaw.com
RBienvenu@RothsteinLaw.com

*Attorneys for Defendants Ahmad Razaghi
and Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>                      Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company,<br><br>                      Defendants. | Case No.  2:18-cv-01622-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE AHMAD DEFENDANTS' DEADLINE TO RESPOND TO THE THIRD AMENDED COMPLAINT [ECF NO. 122]**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs Kory Razaghi and Attentus L.L.C. (collectively, "Plaintiffs"), and Defendants Ahmad Razaghi and Razaghi Development Company, LLC (collectively, the "Ahmad Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

1. On August 13, 2019, the Plaintiffs filed their Third Amended Complaint. (ECF No. 122.)

2. On September 18, 2019, the Ahmad Defendants filed their Rule 12(b)(6) Motion to Dismiss Plaintiffs' Third Amended Complaint (the "Motion to Dismiss"). (ECF No. 123.)

3. On September 30, 2020, the Court entered an Order which, among other rulings, granted the Motion to Dismiss in part and denied the Motion to Dismiss in part. (ECF No. 150.) In its Order, the Court gave Plaintiffs leave to file an amended complaint on or before October 21, 2020. (*Id.*)

4. Plaintiffs intend to file an amended complaint on or before October 21, 2020.

5. Currently, the Ahmad Parties' deadline to file their answer to the Third Amended Complaint is October 14, 2020.

6. If Plaintiffs file an amended complaint, an answer to the Third Amended Complaint would become moot.

7. Accordingly, the Parties hereby stipulate to extend the time allowed for the Ahmad Defendants to file their answer to the Third Amended Complaint from October 14, 2020, to November 4, 2020. However, the Parties anticipate that Plaintiffs will file an amended complaint on or before October 21, 2020, in which case the Ahmad Defendants' answer to the Third Amended Complaint will have become moot, and the Ahmad Defendants will instead answer or otherwise respond to the Plaintiffs' amended complaint pursuant to the ordinary rules and deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

8. The reason for this request is to avoid an unnecessary filing given Plaintiffs' intent to file an amended complaint and to accommodate the schedules of counsel for the Ahmad Defendants.

| | |
|---|---|
| Dated this 13th day of October, 2020 | Dated this 13th day of October, 2020 |
| ROTHSTEIN DONATELLI LLP | MARQUIS AURBACH COFFING |
| By: /s/ Reed C. Bienvenu | By: /s/ Collin M. Jayne (with permission) |

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
    RICHARD W. HUGHES
    DONNA M. CONNOLLY
    REED C. BIENVENU

BAILEY❖KENNEDY
    DENNIS L. KENNEDY
    PAUL C. WILLIAMS

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

PHILLIP S. AURBACH, NEV. BAR NO. 1501
COLLIN M. JAYNE, NEV. BAR NO. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
cjayne@maclaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

Dated this 14 day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by:

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
    RICHARD W. HUGHES
    DONNA M. CONNOLLY
    REED C. BIENVENU

BAILEY❖KENNEDY
    DENNIS L. KENNEDY
    PAUL C. WILLIAMS

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*