DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

DONNA M. CONNOLLY
New Mexico Bar No. NM 9202
*(Admitted Pro Hac Vice)*
RICHARD W. HUGHES
New Mexico Bar No. NM 1230
*(Admitted Pro Hac Vice)*
REED C. BIENVENU
New Mexico Bar No. 147363
*(Admitted Pro Hac Vice)*
**ROTHSTEIN DONATELLI LLP**
1215 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone:  505.988.8004
Facsimile:  505.982.0307
DConnolly@RothsteinLaw.com
RWHughes@RothsteinLaw.com
RBienvenu@RothsteinLaw.com

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company,<br><br>Defendants. | Case No.  2:18-cv-01622-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND THE AHMAD DEFENDANTS' DEADLINE TO RESPOND TO THE FOURTH AMENDED COMPLAINT [ECF NO. 153]**<br><br>**(First Request)** |

1  Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs Kory Razaghi and Attentus L.L.C. (collectively,
2  "Plaintiffs"), and Defendants Ahmad Razaghi and Razaghi Development Company, LLC
3  (collectively, the "Ahmad Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate
4  and agree as follows:
5      1. On October 21, 2020, the Plaintiffs filed their Fourth Amended Complaint. (ECF No.
6  153.)
7      2. Currently, the Ahmad Defendants' deadline to respond to the Fourth Amended
8  Complaint is November 4, 2020.
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

3. The Parties hereby stipulate to extend the time allowed for the Ahmad Defendants to respond to the Fourth Amended Complaint to November 18, 2020. The reason for this request is to accommodate the schedules of counsel for the Ahmad Defendants.

Dated this 27th day of October, 2020

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
   RICHARD W. HUGHES
   DONNA M. CONNOLLY
   REED C. BIENVENU

   BAILEY❖KENNEDY
   DENNIS L. KENNEDY
   PAUL C. WILLIAMS

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

Dated this 27th day of October, 2020

MARQUIS AURBACH COFFING

By: /s/ Collin M. Jayne (with permission)
   PHILLIP S. AURBACH, NEV. BAR NO. 1501
   COLLIN M. JAYNE, NEV. BAR NO. 13899
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
   paurbach@maclaw.com
   cjayne@maclaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

Dated this __28__ day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully Submitted by:

ROTHSTEIN DONATELLI LLP

By: /s/ Reed C. Bienvenu
   RICHARD W. HUGHES
   DONNA M. CONNOLLY
   REED C. BIENVENU

   BAILEY❖KENNEDY
   DENNIS L. KENNEDY
   PAUL C. WILLIAMS

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*