1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**Marquis Aurbach Coffing**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
cjayne@maclaw.com
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual, ATTENTUS L.L.C., a Nevada Limited-Liability Company, | Case Number: 2:18-cv-01622-GMN-DJA |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINES RELATING TO THE AHMAD DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS FOURTH AMENDED COMPLAINT (ECF NOS. 156 AND 157)** |
| AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company; | |
| Defendants. | **(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiffs Kory Razaghi and Attentus L.L.C. (collectively, "Plaintiffs") and Defendants Ahmad Razaghi and Razaghi Development Company, LLC (collectively, the "Ahmad Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

1.  On October 21, 2020, Plaintiffs filed a Fourth Amended Complaint [ECF No. 153] following the Court's Order Granting in Part and Denying in Part the Ahmad Defendants' Motion to Dismiss and the Ahmad Defendants' Motion for Partial Summary Judgment [ECF No. 150].

MAC:13437-006 4209997_1 11/20/2020 11:36 AM

2. On October 28, 2020, the Parties stipulated to extend the Ahmad Defendants' deadline to respond to the Fourth Amended Complaint to November 18, 2020.

3. On November 18, 2020, the Ahmad Defendants filed a Motion for Partial Summary Judgment and Motion to Dismiss in Part the Fourth Amended Complaint [ECF Nos. 156 and 157] (the "Motion").

4. Pursuant to LR 7-2(b), the current deadline for Plaintiffs to file and serve any points and authorities in response to the Motion is either December 2, 2020 (if considered as a motion to dismiss), or December 9, 2020 (if considered as a motion for summary judgment).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:13437-006 4209997_1 11/20/2020 11:36 AM

5.   The Parties hereby stipulate to extend the time allowed for the Plaintiffs to file a response to the Motion to December 23, 2020.   The Parties further stipulate to extend the time allowed for the Ahmad Defendants to file a reply in support of the Motion to January 13, 2021.   The reasons for these requests is to accommodate schedules of counsel for both parties.

Dated this 20th day of November, 2020

MARQUIS AURBACH COFFING

By:  _/s/ Collin M. Jayne_____
Phillip S. Aurbach, NV Bar No. 1501
Collin M. Jayne, NV Bar No. 13899
*Attorneys for Plaintiffs*

Dated this 20th day of November, 2020

ROTHSTEIN DONATELLI LLP

By:  _/s/ Reed C. Bienvenu_____
Richard W. Hughes (*pro hac vice*)
Donna M. Connolly (*pro hac vice*)
Reed C. Bienvenu (*pro hac vice*)

BAILEY❖KENNEDY
Dennis L. Kennedy, NV Bar No. 1462
Paul C. Williams, NV Bar No. 12524
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

**IT IS SO ORDERED:**
DATED this 23 day of November, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

MARQUIS AURBACH COFFING

_/s/ Collin M. Jayne_____
Phillip S. Aurbach, NV Bar No. 1501.
Collin M. Jayne, NV Bar No. 13899
*Attorneys for Plaintiffs*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:13437-006 4209997_1 11/20/2020 11:36 AM

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES RELATING TO THE AHMAD DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION TO DISMISS FOURTH AMENDED COMPLAINT (ECF NOS. 156 AND 157) (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of November, 2020.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A


/s/ Krista Busch_____
An employee of Marquis Aurbach Coffing

MAC:13437-006 4209997_1 11/20/2020 11:36 AM