**Marquis Aurbach**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
cjayne@maclaw.com
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual, ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company;<br><br>Defendants. | Case Number:<br>2:18-cv-01622-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 197]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Kory Razaghi and Attentus L.L.C. ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendants Ahmad Razaghi and Razaghi Development Company, LLC ("Defendants"), by and through their counsel of record, Rothstein Donatelli LLP and Bailey Kennedy, hereby agree and jointly stipulate to the following:

1.      Defendants Ahmad Razaghi and Razaghi Development, LLC filed their Motion for Summary Judgment ("Motion for Summary Judgment") on November 30, 2022 [ECF No. 197].

2.      In light of holiday travel plans for Plaintiffs and their counsel, Plaintiffs are unable to meet the deadline of December 21, 2022 currently scheduled for Plaintiffs' Opposition to the Motion for Summary Judgment, and thus the Parties have agreed to extend

MAC:13437-006 4934692_2 12/19/2022 12:26 PM

1. the deadline for Plaintiffs' Opposition to the Motion for Summary Judgment by 14 days, through and including Wednesday, January 4, 2023.

3. The Parties have further agreed to a 14-day extension for Defendants to file any Reply in support of the Motion for Summary Judgment, through and including February 1, 2023.

4. This is the Parties' first request to extend deadlines pertaining to the Motion for Summary Judgment, and this stipulation is being entered in good faith and not for purposes of delay.

5. WHEREFORE, the parties respectfully request that the deadline for Plaintiffs' Opposition to the Defendants' Motion for Summary Judgment [ECF No. 197] be extended through and including January 4, 2023, and

/ / /

MAC:13437-006 4934692_2 12/19/2022 12:26 PM

6. WHEREFORE, the parties respectfully request that the deadline for Defendants' Reply in Support of the Defendants' Motion for Summary Judgment [ECF No. 197] be extended through and including February 1, 2023.

IT IS SO STIPULATED.

Dated this 19th day of December, 2022

Dated this 19th day of December, 2022

MARQUIS AURBACH

BAILEY❖KENNEDY

By: */s/ Collin Jayne*
Phillip S. Aurbach, NV Bar No. 1501
Collin M. Jayne, NV Bar No. 13899
*Attorneys for Plaintiffs*

By: */s/ Paul Williams*
Dennis L. Kennedy, NV Bar No. 1462
Paul C. Williams, NV Bar No. 12524

ROTHSTEIN DONATELLI LLP
Richard W. Hughes (*pro hac vice*)
Donna M. Connolly (*pro hac vice*)
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

**ORDER**

**IT IS SO ORDERED.**

Dated this  19   day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

MAC:13437-006 4934692_2 12/19/2022 12:26 PM

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 197] (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 19th day of December, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach