**Marquis Aurbach**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
cjayne@maclaw.com
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual, ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company;<br><br>Defendants. | Case Number:<br>2:18-cv-01622-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 197]**<br><br>(**SECOND REQUEST**) |

Plaintiffs Kory Razaghi and Attentus L.L.C. ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendants Ahmad Razaghi and Razaghi Development Company, LLC ("Defendants"), by and through their counsel of record, Rothstein Donatelli LLP and Bailey Kennedy, hereby agree and jointly stipulate to the following:

1.      Defendants Ahmad Razaghi and Razaghi Development, LLC filed their Motion for Summary Judgment ("Motion for Summary Judgment") on November 30, 2022 [ECF No. 197].

2.      In light of holiday travel plans for Plaintiffs and their counsel, the Parties previously agreed to extend the deadline for Plaintiffs' Response to the Motion for Summary Judgment by 14 days, through and including Wednesday, January 4, 2023, and they further

agreed to extend the time for Defendants to file any Reply in support of the Motion for Summary Judgment, through and including February 1, 2023.

3. Due to the number of issues raised in the Motion (including 17 grounds on which summary judgment is requested, necessitating an oversized brief, *see* ECF No. 198), and the need to file several documents under seal pursuant to a stipulated protective order, the parties have agreed to extend both the current Response deadline and the current Reply deadline an additional two days.

4. This is the Parties' second request to extend deadlines pertaining to the Motion for Summary Judgment, and this stipulation is being entered in good faith and not for purposes of delay.

5. WHEREFORE, the parties respectfully request that the deadline for Plaintiffs' Response to the Defendants' Motion for Summary Judgment [ECF No. 197] be extended through and including January 6, 2023, and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:13437-006 4946883_1 1/4/2023 10:01 AM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

6. WHEREFORE, the parties respectfully request that the deadline for Defendants' Reply in Support of the Defendants' Motion for Summary Judgment [ECF No. 197] be extended through and including February 3, 2023.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 4th day of January, 2023 | Dated this 4th day of January, 2023 |
| MARQUIS AURBACH | BAILEY❖KENNEDY |
| By: */s/ Collin Jayne* <br> Phillip S. Aurbach, NV Bar No. 1501 <br> Collin M. Jayne, NV Bar No. 13899 <br> *Attorneys for Plaintiffs* | By: */s/ Paul C. Williams* <br> Dennis L. Kennedy, NV Bar No. 1462 <br> Paul C. Williams, NV Bar No. 12524 <br><br> ROTHSTEIN DONATELLI LLP <br> Richard W. Hughes (*pro hac vice*) <br> Donna M. Connolly (*pro hac vice*) <br> *Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Dated this  4  day of January, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 197] (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of January, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:13437-006 4946883_1 1/4/2023 10:01 AM