DENNIS L. KENNEDY
Nevada Bar No. 1462
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY✦KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

DONNA M. CONNOLLY
New Mexico Bar No. NM 9202
*(Admitted Pro Hac Vice)*
RICHARD W. HUGHES
New Mexico Bar No. NM 1230
*(Admitted Pro Hac Vice)*
**ROTHSTEIN DONATELLI LLP**
1215 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone:  505.988.8004
Facsimile:  505.982.0307
DConnolly@RothsteinLaw.com
RWHughes@RothsteinLaw.com

*Attorneys for Defendants Ahmad Razaghi
and Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS LLC, a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company,<br><br>Defendants. | Case No. 2:18-cv-01622-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 197]**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiffs Kory Razaghi ("Kory") and Attentus LLC ("Attentus") (jointly, "Plaintiffs") and Defendants Ahmad Razaghi ("Ahmad") and Razaghi Development Company, LLC ("RDC") (jointly, the "Ahmad Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

1. The Ahmad Defendants filed their Motion for Summary Judgment (the "Motion") on November 30, 2022.  (ECF No. 197.)

2. On December 19, 2022, this Court entered a Stipulation and Order to Extend Briefing Deadlines on Defendants' Motion for Summary Judgment (First Request).  (ECF No. 205.)  The deadline for Plaintiffs to file a response to the Motion was extended to January 4, 2023, and the deadline for the Ahmad Defendants to file a reply brief was extended to February 1, 2023.  (*See id.*)

3. On January 4, 2023, this Court entered a Stipulation and Order to Extend Briefing Deadlines on Defendants' Motion for Summary Judgment (Second Request).  (ECF No. 208.)  The deadline for Plaintiffs to file a response to the Motion was extended to January 6, 2023, and the deadline for the Ahmad Defendants to file a reply brief was extended to February 3, 2023.  (*See id.*)

4. On January 6, 2023, Plaintiffs filed their Response to Defendants Ahmad Razaghi and Razaghi Development Company, LLC's Motion for Summary Judgment (the "Response").  (ECF No. 211.)

5. The parties have agreed to extend the deadline for the Ahmad Defendants to file a reply brief by 21 days—extending the deadline from February 3, 2023, to February 24, 2023—due to (i) the number of issues raised in the Motion (including 17 grounds on which summary judgment is requested, necessitating an oversized brief, *see* ECF No. 198), and the Response (necessitating an oversized brief, *see* ECF No. 210), and (ii) unanticipated family medical issues of undersigned counsel for the Ahmad Defendants.

6. This is the first request for an extension related solely to the reply brief.  This is the third request for an extension related to briefing on the Motion.  (*See* ECF Nos. 205, 208.)

/ / /

/ / /

/ / /

7. This Stipulation is entered into in good faith and not for purposes of delay.

Dated this 27th day of January, 2023

MARQUIS AURBACH COFFING

By: /s/ Collin M. Jayne
    PHILLIP S. AURBACH, NEV. BAR NO. 1501
    COLLIN M. JAYNE, NEV. BAR NO. 13899
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
    Facsimile: (702) 382-5816
    paurbach@maclaw.com
    cjayne@maclaw.com
*Attorneys for Plaintiffs*

Dated this 27th day of January, 2023

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    DENNIS L. KENNEDY
    PAUL C. WILLIAMS

    ROTHSTEIN DONATELLI LLP
    DONNA M. CONNOLLY
    RICHARD W. HUGHES
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

DATED: January 27, 2023