1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  PAUL C. WILLIAMS
   Nevada Bar No. 12524
3  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
5  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
6  PWilliams@BaileyKennedy.com

7  DONNA M. CONNOLLY
   New Mexico Bar No. NM 9202
8  *(Admitted Pro Hac Vice)*
   RICHARD W. HUGHES
9  New Mexico Bar No. NM 1230
   *(Admitted Pro Hac Vice)*
10 **ROTHSTEIN DONATELLI LLP**
   1215 Paseo de Peralta
11 Santa Fe, New Mexico 87501
   Telephone:  505.988.8004
12 Facsimile:  505.982.0307
   DConnolly@RothsteinLaw.com
13 RWHughes@RothsteinLaw.com

14 *Attorneys for Defendants Ahmad Razaghi
   and Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS LLC, a Nevada Limited-Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company, <br><br> Defendants. | Case No. 2:18-cv-01622-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [ECF NO. 197]** <br><br> **(FIFTH REQUEST)** |

Pursuant to LR IA 6-1 and LR 7-1 Plaintiffs Kory Razaghi ("Kory") and Attentus LLC ("Attentus") (jointly, "Plaintiffs") and Defendants Ahmad Razaghi ("Ahmad") and Razaghi Development Company, LLC ("RDC") (jointly, the "Ahmad Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate and agree as follows:

1. The Ahmad Defendants filed their Motion for Summary Judgment (the "Motion") on November 30, 2022. (ECF No. 197.)

2. On December 19, 2022, this Court entered a Stipulation and Order to Extend Briefing Deadlines on Defendants' Motion for Summary Judgment (First Request). (ECF No. 206.) The deadline for Plaintiffs to file a response to the Motion was extended to January 4, 2023, and the deadline for the Ahmad Defendants to file a reply brief was extended to February 1, 2023. (*See id.*)

3. On January 4, 2023, this Court entered a Stipulation and Order to Extend Briefing Deadlines on Defendants' Motion for Summary Judgment (Second Request). (ECF No. 208.) The deadline for Plaintiffs to file a response to the Motion was extended to January 6, 2023, and the deadline for the Ahmad Defendants to file a reply brief was extended to February 3, 2023. (*See id.*)

4. On January 6, 2023, Plaintiffs filed their Response to Defendants Ahmad Razaghi and Razaghi Development Company, LLC's Motion for Summary Judgment (the "Response"). (ECF No. 211.)

5. On January 27, 2023, this Court entered a Stipulation and Order to Extend Deadline to File Reply Brief in Support of Defendants' Motion for Summary Judgment. (ECF No. 218). The deadline for the Ahmad Defendants to file a reply brief was extended to February 24, 2023.

6. February 17, 2023, this Court entered a Stipulation and Order to Extend Deadline to File Reply Brief in Support of Defendants' Motion for Summary Judgment. (ECF No. 220). The deadline for the Ahmad Defendants to file a reply brief was extended to March 10, 2023.

7. The parties have agreed to extend the deadline for the Ahmad Defendants to file a reply brief by 14 days—extending the deadline from March 10, 2023, to March 24, 2023—due to (i) the number of issues raised in the Motion (including 17 grounds on which summary judgment is requested, necessitating an oversized brief, *see* ECF No. 198), and the Response (necessitating an oversized brief, *see* ECF No. 210), and (ii) family medical issues of undersigned counsel for the Ahmad Defendants.

8. This is the third request for an extension related solely to the reply brief. This is the fifth request for an extension related to briefing on the Motion. (*See* ECF Nos. 206, 208, 218, 220).

9. This Stipulation is entered into in good faith and not for purposes of delay.

| Dated this 6th day of March, 2023 | Dated this 6th day of March, 2023 |
|---|---|
| MARQUIS AURBACH COFFING | BAILEY✥KENNEDY |
| By: /s/ Collin M. Jayne<br>PHILLIP S. AURBACH, NEV. BAR NO. 1501<br>COLLIN M. JAYNE, NEV. BAR NO. 13899<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Telephone: (702) 382-0711<br>Facsimile: (702) 382-5816<br>paurbach@maclaw.com<br>cjayne@maclaw.com<br>*Attorneys for Plaintiffs* | By: /s/ Paul C. Williams<br>DENNIS L. KENNEDY<br>PAUL C. WILLIAMS<br><br>ROTHSTEIN DONATELLI LLP<br>DONNA M. CONNOLLY<br>RICHARD W. HUGHES<br>*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC* |

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

DATED: March 6, 2023