1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KORY RAZAGHI, an individual, ATTENTUS L.L.C., a Nevada Limited-Liability Company, | Case Number: 2:18-cv-01622-GMN-NJK |
| Plaintiffs, | |
| vs. | **ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company; | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiffs Kory Razaghi and Attentus L.L.C. ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendants Ahmad Razaghi and Razaghi Development Company, LLC ("Defendants"), by and through their counsel of record, Rothstein Donatelli LLP and Bailey Kennedy, hereby agree and jointly stipulate that the Joint Pretrial Order, currently due on October 30, 2023, be extended thirty days through and including Tuesday, November 28, 2023.

Counsel for Plaintiffs are in the midst of a multi-week trial, and as a result require additional time to prepare several aspects of the Joint Pretrial Order as required by LR 16-3(b) and 16-4. As such, the Parties respectfully request a 30-day extension of the deadline to submit the Joint Pretrial Order. This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the deadline to file the Joint Pretrial Order be extended through and including Tuesday, November 28, 2023.

IT IS SO STIPULATED.

Dated this 20th day of October, 2023

MARQUIS AURBACH

By: /s/ Collin M. Jayne
Phillip S. Aurbach, NV Bar No. 1501
Collin M. Jayne, NV Bar No. 13899
*Attorneys for Plaintiffs*

Dated this 20th day of October, 2023

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
Dennis L. Kennedy, NV Bar No. 1462
Paul C. Williams, NV Bar No. 12524

ROTHSTEIN DONATELLI LLP
Richard W. Hughes (*pro hac vice*)
Donna M. Connolly (*pro hac vice*)
*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

**IT IS SO ORDERED:**

_____
Nancy J. Koppe
United States Magistrate Judge

DATED:  October 23, 2023