Dennis L. Kennedy
Nevada Bar No. 1462
Paul C. Williams
Nevada Bar No. 12524
**Bailey❖Kennedy**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
PWilliams@BaileyKennedy.com

Donna M. Connolly
New Mexico Bar No. NM 9202
*(Admitted Pro Hac Vice)*
Richard W. Hughes
New Mexico Bar No. NM 1230
*(Admitted Pro Hac Vice)*
**Rothstein Donatelli LLP**
1215 Paseo de Peralta
Santa Fe, New Mexico 87501
Telephone:  505.988.8004
Facsimile:  505.982.0307
DConnolly@RothsteinLaw.com
RWHughes@RothsteinLaw.com

*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual; ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company,<br><br>Defendants. | Case No.  2:18-cv-01622-GMN-NJK<br><br>**Stipulation and Order to Extend Joint Pretrial Order Deadline**<br><br>**(Second Request)** |

Plaintiffs Kory Razaghi and Attentus L.L.C. ("Plaintiffs") and Defendants Ahmad Razaghi and Razaghi Development Company, LLC ("Defendants") hereby agree and jointly stipulate that the Joint Pretrial Order, currently due on November 28, 2023, be extended seventeen (17) days through and including Friday, December 15, 2023.

Undersigned counsel for both Plaintiffs and Defendants have experienced numerous family illnesses, and as a result require additional time to prepare several aspects of the Joint Pretrial Order as required by LR 16-3(b) and 16-4. As such, the Parties respectfully request a 17-day extension of the deadline to submit the Joint Pretrial Order. This is the second request to extend the deadline to file the Joint Pretrial Order and is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the deadline to file the Joint Pretrial Order be extended through and including Friday, December 15, 2023.

IT IS SO STIPULATED.

| Dated this 17th day of November, 2023 | Dated this 17th day of November, 2023 |
|---|---|
| MARQUIS AURBACH COFFING | BAILEY✦KENNEDY |
| By: /s/ Collin M. Jayne<br>  PHILLIP S. AURBACH, NEV. BAR NO. 1501<br>  COLLIN M. JAYNE, NEV. BAR NO. 13899<br>  10001 Park Run Drive<br>  Las Vegas, Nevada 89145<br>  Telephone: (702) 382-0711<br>  Facsimile: (702) 382-5816<br>  paurbach@maclaw.com<br>  cjayne@maclaw.com<br>*Attorneys for Plaintiffs* | By: /s/ Paul C. Williams<br>  DENNIS L. KENNEDY<br>  PAUL C. WILLIAMS<br><br>  ROTHSTEIN DONATELLI LLP<br>  DONNA M. CONNOLLY<br>  RICHARD W. HUGHES<br>*Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC* |

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2023