UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual, ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company;<br><br>Defendants. | Case Number:<br>2:18-cv-01622-GMN-NJK<br><br>**ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(THIRD REQUEST)** |

Plaintiffs Kory Razaghi and Attentus L.L.C. ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendants Ahmad Razaghi and Razaghi Development Company, LLC ("Defendants"), by and through their counsel of record, Rothstein Donatelli LLP and Bailey Kennedy, hereby agree and jointly stipulate that the Joint Pretrial Order, currently due on December 15, 2023, be extended thirty days through and including Tuesday, January 16, 2024.

Undersigned counsel for both Plaintiffs and Defendants have continued to experience health concerns with immediate family members, and Plaintiffs' counsel recently encountered a technology-related setback. Thus, while progress has been made on several aspects of the Joint Pretrial Order, counsel require additional time to thoroughly address all requirements of LR 16-3(b) and 16-4. Further, all counsel will be occupied with holiday-related travel and

family obligations for the remainder of December.  As such, the Parties respectfully request a 30-day extension of the deadline to submit the Joint Pretrial Order.  This request for extension is made in good faith and not for the purposes of delay.  Further, based on availability of the parties and their counsel, the earliest proposed trial dates will fall in April of 2024, and thus it is anticipated that this extension will not delay trial proceedings.

WHEREFORE, the parties respectfully request that the deadline to file the Joint Pretrial Order be extended through and including Tuesday, January 16, 2024.

IT IS SO STIPULATED.

| Dated this 12th day of December, 2023 | Dated this 12th day of December, 2023 |
|---|---|
| MARQUIS AURBACH | BAILEY❖KENNEDY |
| By: /s/ Collin M. Jayne <br> Phillip S. Aurbach, NV Bar No. 1501 <br> Collin M. Jayne, NV Bar No. 13899 <br> *Attorneys for Plaintiffs* | By: /s/ Paul C. Williams <br> Dennis L. Kennedy, NV Bar No. 1462 <br> Paul C. Williams, NV Bar No. 12524 <br><br> ROTHSTEIN DONATELLI LLP <br> Richard W. Hughes (*pro hac vice*) <br> Donna M. Connolly (*pro hac vice*) <br> *Attorneys for Defendants Ahmad Razaghi and Razaghi Development Company, LLC* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 12, 2023