**Marquis Aurbach**
Phillip S. Aurbach, Esq.
Nevada Bar No. 1501
Collin M. Jayne, Esq.
Nevada Bar No. 13899
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
paurbach@maclaw.com
cjayne@maclaw.com
   Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KORY RAZAGHI, an individual, ATTENTUS L.L.C., a Nevada Limited-Liability Company,<br><br>                Plaintiffs,<br>vs.<br>AHMAD RAZAGHI, an individual; MANUEL MORGAN, an individual; and RAZAGHI DEVELOPMENT COMPANY, LLC, an Arizona Limited-Liability Company;<br><br>                Defendants. | Case Number:<br>2:18-cv-01622-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**(FIRST REQUEST)** |

Plaintiffs Kory Razaghi and Attentus L.L.C. ("Plaintiffs"), by and through their counsel of record, Marquis Aurbach, and Defendants Ahmad Razaghi and Razaghi Development Company, LLC ("Defendants"), by and through their counsel of record, Rothstein Donatelli LLP and Bailey Kennedy, hereby submit this joint stipulation to continue the Status Conference.

Accordingly, the parties hereby stipulate and agree as follows:

1. The Status Conference is currently scheduled for hearing on July 31, 2024 at 1:30 P.M.

2. Both counsel for Plaintiffs have scheduling conflicts on July 31, 2024 and cannot attend the currently scheduled Status Conference.

. . .

MAC:13437-006 5550248_1 7/22/2024 1:04 PM

3. The parties hereby agree to continue the July 31, 2024 Status Conference to the afternoon of August 14, 2024, which date is available to counsel for both parties.

4. This Stipulation is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated this 22nd day of July, 2024

MARQUIS AURBACH

By:  /s/ Collin M. Jayne
  Phillip S. Aurbach, Esq.
  Nevada Bar No. 1501
  Collin M. Jayne, Esq.
  Nevada Bar No. 13899
  10001 Park Run Drive
  Las Vegas, Nevada 89145
  Attorneys for Plaintiffs Kory
  Razaghi and Attentus, LLC

Dated this 22nd day of July, 2024

BAILEY❖KENNEDY

By:  /s/ Paul C. Williams
  Dennis L. Kennedy, Esq.
  Nevada Bar No. 1462
  Paul C. Williams, Esq.
  Nevada Bar No. 12524
  8984 Spanish Ridge Avenue
  Las Vegas, Nevada 89148

  ROTHSTEIN DONATELLI, LLP
  Donna M. Connolly, Esq.
  New Mexico Bar No. NM 9202
  *(Pro Hac Vice)*
  Richard W. Hughes, Esq.
  New Mexico Bar No. NM 1230
  *(Pro Hac Vice)*
  1215 Paseo De Peralta
  Santa Fe, New Mexico 87504

  Attorneys for Defendants Ahmad
  Razaghi and Razaghi Development
  Company, LLC

## ORDER

IT IS HEREBY ORDERED that the Stipulation and Order to Continue Status Conference (ECF No. 256) is GRANTED.

IT IS FURTHER ORDERED that the status conference currently set for July 31, 2024 at 1:30 p.m. is vacated and rescheduled for **August 14, 2024 at 3:00 p.m. in Courtroom 3D**.

Dated this 23rd day of July, 2024.

_____
U.S. MAGISTRATE JUDGE